UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARY E. MCDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:21-cv-82-TAV-SKL |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This civil action is before the Court on the parties' Joint Motion for Entry of Final Order of Dismissal with Prejudice [Doc. 13]. The parties represent that they reached an agreement resolving all claims, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, TennCare, Medicare, and United Healthcare Medicare Complete, will be satisfied by plaintiff from the settlement proceeds as required by law. Accordingly, the parties' Joint Motion for Entry of Final Order of Dismissal with Prejudice [Doc. 13]. is **GRANTED**. Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** this case.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  LeAnna R. Wilson
  CLERK OF COURT